RECEIVED

APR 25 2019

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

In the ~~United~~ Southern ~~States~~ District Federal Court of Iowa

| Joseph Michael Agan | ~~a such~~ civil case. |
| Plaintiff, | |
| Vs. | application for 1983 U.S.C. for |
| Davis County sherriffs Department | grievance procedures, application for counsel, |
| Defendant, | application to proceed In forma pauperis |

     Comes Now, Joseph Agan, on 4·23·2019, I ~~come here~~ ~~1981~~ address the court in my inexperience, I have filed grievances with Davis County sherriff, which the process is co-mingled, no organization, lack of responses which means lack of responsibility, I feel I have exhausted the grievance, and its processes, I'm tired judge or I would recite code to you, about poverty and applicable code but several courts have already ruled me indigent and 200% below poverty line, I am on food stamps and was ~~also~~ title 19, so I request application for counsel which I can't produce those items myself. but a bridge order and judicial estoppel on myself from contradicting myself in any written or oral arguement. I am being straight forward, my family puts money on my commisary books as a gratious gift so I can enjoy a candy bar every now la then in my misery, I don't know what you want from me, I just want healthier jail/prison system on the local level, for both sides, Question of law because it's unclear in Davis County Sherriff rule book what the next step is after the sherriff, the ombudsman said even if they don't choose to get involve that they strongly encourage me to exhaust my efforts, ~~sincerely~~ they said if I seek a remedy through the courts to do the exhausting with Sherriffs department first but he plans to take advantage

of those who are ignorant, unskilled and uneducated in these matters. After the final decision of sherriff to me it is unclear whats next, you see how he is manipulating the process, not using it resposibly, and fair and speedily, ~~to~~ with reason, like providing opportunities for change instead of promoting caos, or hypocritical messages such as no violence while enforcing life with corporal punishment, how are his actions interpreted as anything less than that of an ~~such~~ enforcer of a shot caller. He is a tyrant, abuses authority is partial, prejudice, discriminates etc... Constitutional law is laws uniform, I have shown over and over again by his own administrative code ~~the~~ errors, and he refuses to seek ~~resolution~~ resolution which is why I am not only seeking remedy but recourse. A fair proceeding and representation for legal complexities and examination of witnesses with collecting and submitting evidence, ~~I~~ I need some assistence at this point I can only interpret the sherriffs silence as 5th amendment invokction meaning ~~because~~ he uses his right to remain silent... ~~can~~ Im ~~a~~ ~~certainly~~ a criminal thinker that ~~a~~ your honor equals guilt.

Respectfully submitted,
High Honor to you Judge

Joseph Michael Aspen

Dated this Date
4·23·2019

Josep T Agan 6121691
DAVIS CO. JAIL
102 ANDERSON ST.
BLOOMFIELD, IOWA 52537
CORRECTIONAL FACILITIES

CLEARED BY U.S.M.S.

Federal Judge
U.S. Courthouse
123 E. Walnut st.
Des Moines, IA 50309

DES MOINES IA 500
23 APR 2019 PM 3 L



RECEIVED

APR 25 2019

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

50309-203599